## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Judy Ann Hiester           BK NO. 17-01375 HWV
       Christopher Allen Hiester

               Debtor(s)          Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                         Respectfully submitted,

                         /s/ Rebecca Solarz
                         Rebecca Solarz
                         15 Apr 2022, 13:06:23, EDT

                         KML Law Group, P.C.
                         BNY Mellon Independence Center
                         701 Market Street, Suite 5000
                         Philadelphia, PA 19106
                         215-627-1322

Case 1:17-bk-01375-HWV    Doc 69    Filed 04/15/22    Entered 04/15/22 15:33:28    Desc
Main Document      Page 1 of 1
Document ID: 2ff95c704fe64d7b73e90271365d20b9939a0b607ee90c0634a38f8f950333bb