**LOCAL BANKRUPTCY FORM 3015-5**

## United States Bankruptcy Court
### Middle District of Pennsylvania

In re    **Judy Ann Hiester**
        **Christopher Allen Hiester**                     Case No.    **1:17-bk-01375**
                               Debtor(s)         Chapter     **13**

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)
*If a joint petition is filed, each spouse must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. § 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required by me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you check the second box, you must provide the information below.*

My current address is:     **n/a**

My current employer and my employer's
address:     n/a

*Part III. Certification Regarding Section 11 U.S.C § 522(q) (check no more than one)*

Pursuant to 11 U.S.C. § 1328(h), I certify that:

☐ I have not claimed an exemption pursuant to 11 U.S.C. § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. § 522(q)(1), as amended.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. § 522(q)(1), as amended.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED:    **April 15,2022**                       BY:    /s/ Christopher Allen Hiester
                                                   **Christopher Allen Hiester**
                                                     Debtor